**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000370
01-DEC-2016
07:51 AM**

NO. CAAP-16-0000370

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ASSOCIATION OF APARTMENT OWNERS OF HALI'I KAI,
by it Board of Directors,
Plaintiff-Counterclaim Defendant/Appellee,
v.
IAN K. JUDD,
Defendant/Crossclaimant/Crossclaim Defendant/Appellee,
and
WELLS FARGO BANK, N.A.,
Defendant/Counterclaimant/Crossclaimant/
Crossclaim Defendant/Appellee,
and
WAIKOLOA BEACH RESORT,
Defendant/Crossclaim Defendant/Appellee,
and
WAIKOLOA BEACH RESORT CONFERENCE,
Defendant/Crossclaim Defendant/Appellee,
and
CL OCEAN VILLAS, LLC, "Counter/Cross-Defendant"/Appellee

---

MTGLQ INVESTORS, L.P. SUCCESSOR IN
INTEREST TO WELLS FARGO BANK., N.A.,
Proposed Real Party in Interest/Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 10-1-266K)

ORDER OF CORRECTION
(By: Nakamura, C.J., for the court)[1]

---

[1] Nakamura, C.J., Fujise and Reifurth, JJ.

The Order Approving the November 21, 2016 "Stipulation for Dismissal of Appeal" filed on November 30, 2016, is hereby corrected as follows:

In the caption of the parties on the first page, is corrected to read:

ASSOCIATION OF APARTMENT OWNERS OF HALI'I KAI,
by it Board of Directors,
Plaintiff-Counterclaim Defendant/Appellee,
v.
IAN K. JUDD,
Defendant/Crossclaimant/Crossclaim Defendant/Appellee,
and
WELLS FARGO BANK, N.A.,
Defendant/Counterclaimant/Crossclaimant/
Crossclaim Defendant/Appellee,
and
WAIKOLOA BEACH RESORT,
Defendant/Crossclaim Defendant/Appellee,
and
WAIKOLOA BEACH RESORT CONFERENCE,
Defendant/Crossclaim Defendant/Appellee,
and
CL OCEAN VILLAS, LLC, "Counter/Cross-Defendant"/Appellee

MTGLQ INVESTORS, L.P. SUCCESSOR IN
INTEREST TO WELLS FARGO BANK., N.A.,
Proposed Real Party in Interest/Appellant

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawai'i, December 1, 2016.

FOR THE COURT:

Chief Judge

-2-